IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. DKC-21-0053 |
| GIOVONNI Z. POPE, | * |
| Defendant. | * |

*******

**NOTICE THAT GOVERNMENT WILL NOT PURSUE THE DEATH PENALTY AND CONTINUED SPEEDY TRIAL TOLLING**

Comes now the United States, by and through undersigned counsel, and hereby notifies the Court and counsel that the United States does not intend to pursue the death penalty against Defendant Giovonni Z. Pope in the above-captioned case.

Further, the United States hereby moves the Court for an extension of the existing order to exclude time under the Speedy Trial Act from April 12, 2021, to July 1, 2021, until December 31, 2021. The reasons supporting the initial exclusion of time under the Speedy Trial Act still obtain. Additional time is necessary in to allow Defendant to review discovery and file pretrial motions as deemed necessary and for the government to have sufficient response time. For the reasons previously discussed in previously filed Speedy Trial Tolling Motions, given the complexity of the case, the seriousness of the charges and the amount of discovery, the tolling would be in the best interest of all parties and outweighs the need for trial in the statutory non-excludable 70 days. The Defendant, through counsel, consents to continued tolling through December 31, 2021.

A proposed order is attached.

1

Respectfully submitted,

Jonathan F. Lenzner
Acting United States Attorney

By: /s/ P. Michael Cunningham
P. Michael Cunningham
Assistant United States Attorney
Brian Morgan
James Hepburn
Trial Attorneys, Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Government's motion was served via ECF on the defendants' counsel.

/s/ P. Michael Cunningham
P. Michael Cunningham
Assistant United States Attorney